IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOHN PITTMAN**, | No. 3:20-CV-00626-AVC |
| *Petitioner*, | |
| | May 7, 2020 |
| v. | |
| **ROLLIN COOK**, Commissioner, Connecticut Department of Correction; and **KENNETH BUTRICKS**, Warden, Cheshire Correctional Institution, | |
| *Respondents*. | |

**NOTICE OF RELATED CASES**

In accordance with Rule 40(b)(2) of the Local Rules of Civil Procedure for the District of Connecticut, Petitioner John Pittman hereby gives notice of related cases.

Mr. Pittman is a 66-year-old man in the custody of the Connecticut Department of Correction (DOC). He has filed a habeas petition for his immediate release in light of the grave threat posed by COVID-19. He claims that his imprisonment violates the Eighth Amendment.

The related cases are:

1. *McPherson v. Lamont*, No. 20-cv-534-JBA (filed April 20, 2020) (Arterton, J.): putative class action on behalf of people incarcerated in Connecticut prisons and jails, seeking emergency action to prevent the spread of COVID-19 in Connecticut DOC facilities; putative post-adjudication class brought a habeas petition for release and claims under 42 U.S.C. § 1983, alleging violations of Eighth Amendment and Americans with Disabilities Act; putative pre-trial class brought a habeas petition for release and claims under 42 U.S.C. § 1983, alleging that their continued imprisonment during the COVID-19 pandemic violates the Due Process Clause of the Fourteenth Amendment.

2. *Terwilliger v. Cook et al.*, No. 3:20-cv-540-SRU (filed April 21, 2020) (Underhill, J.): habeas petition for release from DOC custody, alleging violations of Eighth Amendment and Americans with Disabilities Act.

3. *Hurdle v. Cook et al.*, No. 3:20-cv-605-KAD (filed May 2, 2020) (Dooley, J.): habeas petition for release from DOC custody (specifically from Cheshire Correctional Institution, where Petitioner Pittman is incarcerated), alleging violations of Eighth Amendment and Americans with Disabilities Act.

There is significant overlap between the respondents in the above cases and this action. One of the Respondents in both *McPherson* and *Terwilliger* is Commissioner Cook. *Hurdle* shares the same Respondents as this action, Commissioner Cook and Warden Kenneth Butricks; the petitioner in that action is also incarcerated at Cheshire Correctional Institution.

Rule 40(b)(1) of the Local Rules of Civil Procedure provides that when related cases are filed, "the later-filed case should normally be transferred to the Judge having the earliest filed case that remains pending." This rule "embodies considerations of judicial administration and conservation of resources." *Tucker v. Am. Int'l Grp., Inc.*, 728 F. Supp. 2d 114, 120 (D. Conn. 2010) (quoting *Adam v. Jacobs*, 950 F.2d 89, 92 (2d Cir. 1991)). Specifically, the rule promotes "judicial economy" by permitting "a judge already familiar with the facts of one case to preside over both cases with a minimum duplication of judicial effort." *McCann v. Communications Design Corp.*, No. 92-CV-34, 1992 WL 336760, at *2 (D. Conn. Oct. 1, 1992).

Judicial economy would be advanced by accepting this matter as related to *McPherson v. Lamont*, which is "the earliest filed case that remains pending." L.R. 40(b)(1). Adjudication of both cases will require the Court to familiarize itself with the absence of state corrective procedures during the COVID-19 public health crisis, as well as the factual context of current conditions in Connecticut correctional institutions and Respondent Rollin Cook's related actions.

Judicial economy would also be advanced by accepting this matter as related to either *Terwilliger* or *Hurdle*. Like this action, both are individual habeas petitions alleging that continued incarceration violates the Eighth Amendment, though those actions also allege violations of the Americans with Disabilities Act.

Accordingly, in the interest of justice and efficiency, Petitioner respectfully requests that the Court deem *Pittman v. Cook* as a related case to either *McPherson v. Lamont*, *Terwilliger v. Cook* or *Hurdle v. Cook*.

Respectfully submitted,

/s/ Darcy McGraw (ct02369)
Director, Connecticut Innocence Project and Post-Conviction Unit
2275 Silas Deane Highway, 2nd Floor
Rocky Hill, CT 06067
Tel: 860-258-4940
Fax: 860-258-4949
darcy.mcgraw@jud.ct.gov


/s/ Evan Parzych (ct30571)
Deputy Assistant Public Defender
Connecticut Innocence Project and Post-Conviction Unit
2275 Silas Deane Highway, 2nd Floor
Rocky Hill, CT 06067
Tel: 860-258-4940
Fax: 860-258-4949
evan.parzych@jud.ct.gov


*Counsel for Petitioner*