UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN PITTMAN,<br>  plaintiffs, | :<br>:<br>: |
| v. | : Civil No. 3:20CV0626(AVC) |
| ROLLIN COOK and KENNETH<br>BUTTRICKS,<br>  defendants. | :<br>:<br>:<br>: |

## ORDER TRANSFERRING CASE

In the interest of justice, the above-identified case is hereby transferred to the Honorable Victor A. Bolden.  All further pleadings or documents in this matter should be filed with the clerk's office in Bridgeport, Connecticut, and bear the docket number 3:20CV00626(VAB).

It is so ordered this 8th day of May 2020, at Hartford, Connecticut.

/s/
Alfred V. Covello
United States District Judge