UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN PITTMAN | : | CIVIL NO. 3:20-CV-00626(VAB) |
| V. | : | |
| ROLLIN COOK, ET AL. | : | MAY 18, 2020 |

## CONSENT MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE PETITION

Pursuant to Local Rule 7(b), the undersigned files this **consent motion** requesting that the current deadline, May 19, 2020, be enlarged by seven days (7) days until **May 26, 2020**. Plaintiff's counsels, Attorney Darcy McGraw and Attorney Evan Parzych, consent to this requested enlargement of time. In support of this motion, the following representations are offered:

1. On May 18, 2020, undersigned counsel was notified of this action for the first time.

2. Ordinarily, federal habeas petitions are handled by the Office of Chief State's Attorney.

3. Service was effectuated upon the Chief State's Attorney. ECF No. 8.

4. However, COVID related habeas petitions are being handled by the Office of the Attorney General as we have access to relevant evidence and witnesses.

5. I serve as the habeas liaison for the Office of the Attorney General. It is my responsibility to read and assign all state habeas petitions that include claims and requests for relief handled by the Office of the Attorney General.

6. Today, I received an email from the ASA Sulik that alerted me to this matter for the first time.

7. Opposing counsels were promptly notified of the situation and the request for an additional week. They graciously consented.

8. With the deadline set for tomorrow even under the best of circumstances it is impossible for me to provide an adequate response.

9. We take all COVID related requests very seriously given the nature of the virus and claims asserted by the plaintiff.

10. The time requested will give undersigned counsel a week to review the records, confer with medical staff and provide a response.

WHEREFORE, based on the foregoing, the undersigned, with the plaintiff's consent, moves this court to enlarge the time in which the parties can file for a response from **May 19, 2020 until May 26, 2020**, for good cause as set forth above.

    DEFENDANTS
    Cook and Butricks

    WILLIAM TONG
    ATTORNEY GENERAL

BY: _____/s/_____
    Zenobia G. Graham-Days
    Assistant Attorney General
    Federal Bar #ct28802
    110 Sherman Street
    Hartford, CT  06105
    Tel:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:Zenobia.Graham-Days@ct.gov

## **CERTIFICATION**

I hereby certify that on May 18, 2020, a copy of the foregoing **Motion for Enlargement of Time** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also sent to the following by first-class mail, postage prepaid, to:

                                                            /s/
                                          Zenobia G. Graham-Days
                                          Assistant Attorney General